IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 26-cv-00471-CYC

JORGE ALBERTO LEMUS RIVERA,

    Petitioner,

v.

DAWN CEJA, Warden, Denver Contract Detention Facility (Aurora);
Acting Director of Denver Field Office, U.S. Immigration and Customs Enforcement;
KRISTI NOEM, United States Secretary, Department of Homeland Security;
PAMELA BONDI, United States Attorney General; and
TODD M. LYONS, Acting Director, United States Immigration and Customs Enforcement (ICE);

    Respondents.

---

## ORDER TO SHOW CAUSE

**Cyrus Y. Chung, United States Magistrate Judge.**

This matter is before the Court on the petition for Writ of Habeas Corpus ("Petition"), ECF No. 1, filed by Petitioner Jorge Alberto Lemus Rivera ("Petitioner"). The Petitioner is currently detained at the immigration detention facility in Aurora, Colorado, which is under the custody of the Respondents. *Id*. ¶¶ 1, 22–26. He seeks a Court order instructing the Respondents to release him and legal fees. *Id*. at 15.

Upon review of the Petition, which states that service will be completed on February 6, 2026, *id.* at 17, it is hereby ORDERED that, **on or before February 13, 2026**, the Petitioner shall file proof of service that includes the tracking information for the service indicated in the Certificate of Service.

It is further ORDERED that, **on or before February 24, 2026**, the Respondents shall **SHOW CAUSE** why the Petition shall not be granted. *See, e.g., Florez Marin v. Baltazar*,

1

No. 25-cv-03697-PAB, ECF No. 5 at 1 (Nov. 19, 2025); *Yassine v. Collins*, No. 1:25-cv-00786-ADA-SH, 2025 WL 1954064, at *1 (W.D. Tex. July 7, 2025) (explaining that while § 2243 refers to a three day deadline, this requirement is "subordinate to the district court's authority to set deadlines" itself, and granting respondents a fourteen day deadline to respond in order to "give [r]espondents adequate time to brief the issues" (quotations omitted)). It is further ORDERED that the Petitioner may file a reply **on or before March 3, 2026**.

It is further ORDERED that, pursuant to D.C.COLO.LCivR 40.1(c)(4), the deadline to file the Consent/Non-Consent to United States Magistrate Judge Jurisdiction form, ECF No. 3, is **February 24, 2026**.

Entered and dated this 11th day of February, 2026, at Denver, Colorado.

BY THE COURT:

Cyrus Y. Chung
United States Magistrate Judge